[No. 2185-1.   Division One.   July 23, 1973.]

*In the Matter of the Welfare of* CHARLIE L. HOUTS, III, *et al., Minors.*

Appeal from judgments of the Superior Court for Pierce County, Nos. 20500, 24060, William F. LeVeque, J., entered February 26, 1973. *Affirmed* by unpublished opinion per Swanson, C.J., concurred in by James and Callow, JJ.

[No. 585-3.   Division Three.   July 24, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ELRA McGEE, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3401, B. J. McLean, J., entered February 25, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 697-3.   Division Three.   July 24, 1973.]

MARIAN M. PRUITT, *Individually and as Administratrix, Respondent,* v. LOUIS G. BOVEE, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 26660, Lawrence Leahy, J., entered April 12, 1972. *Remanded* by unpublished per curiam opinion.

[No. 615-3.   Division Three.   July 26, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. IRENE KING, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 2830, Richard G. Patrick, J., entered April 21, 1972. *Affirmed in part and reversed in part* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.